

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00791-CV

**IN THE ESTATE OF** Aminta **PEREZ-MUZZA**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2007PB7000089-L2
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED for further proceedings. It is ORDERED that appellant Veronica Peña recover her costs of this appeal from appellee Rolando Peña.

SIGNED July 16, 2014.

Catherine Stone, Chief Justice